**ARMOUR GRAIN COMPANY, Appellee, v. COMPAGNIE GÉNÉRALE TRANSATLANTIQUE, Appellant.**

Circuit Court of Appeals, Second Circuit. May 7, 1928.

No. 273.

Appeal from the District Court of the United States for the Southern District of New York.

Joseph P. Nolan and Frank T. Hendl, both of New York City, for appellant.

Russell T. Mount and Duncan & Mount, all of New York City, for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree (26 F.[2d] 739) affirmed.